JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URICA, INC., | CASE NO. CV 11-02476 MMM (RZx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| PHARMAPLAST S.A.E. and MEDLINE INDUSTRIES, INC., | |
| Defendants. | |
| MEDLINE INDUSTRIES, INC., | |
| Counter/crossclaimant, | |
| vs. | |
| URICA, INC., URI-HEALTH & BEAUTY LLC, AFSHIN MOGHAVEM, and PHARMAPLAST S.A.E., | |
| Counter/crossdefendants. | |
| PHARMAPLAST S.A.E., | |
| Counterclaimant, | |
| vs. | |
| URICA, INC., URI HEALTH AND BEAUTY, LLC, and AFSHIN MOGHAVEM, | |
| Counterdefendants. | |

1    On March 25, 2013, counter-defendant Medline Industries, Inc. ("Medline") dismissed its counterclaims against Urica, Inc. ("Urica"). On May 6, 2013, the court granted defendants Pharmaplast S.A.E.'s ("Pharmaplast") and Medline's motions for summary judgment on Urica's claims. On October 28, 2013, Pharmaplast and Medline filed a stipulation dismissing all cross-claims by Pharmaplast against Medline and all cross-claims by Medline against Pharmaplast. The remaining claims – Pharmaplast's counterclaims against Urica, URI Health and Beauty, LLC ("URI"), and Afshin Moghavem were tried to the court between October 29 and 31, 2013. On August 8, 2014, the court entered findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, finding that Pharmaplast had not proved its counterclaims against counter-defendants. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That Urica take nothing by way of its complaint against any defendant;
2. That Pharmaplast take nothing by way of its counterclaims; and
3. That the action be, and it hereby is, dismissed.

DATED: August 8, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2